IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3131 |
| v. | ) | |
| | ) | |
| JOHN N. CHISM, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

Upon consideration of the defendant's motion to amend conditions of release,

IT IS ORDERED, the motion, filing 24, is granted and the defendant is permitted to reside at his residence and participate in aftercare as requested.

DATED this 27th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge